UST-32, 3/03

S. William Manera, Trustee
P.O. Box 44350
Phoenix, AZ 85064-4350
602-795-2796
602-795-2817 (fax)
swm-docs@swmanera.com

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| In re:<br><br>SCOTTSDALE MOTOR COMPANY<br><br><br>Debtor(s) | Chapter 7<br><br>Case No. 08-18216-PHX RTB<br><br>APPLICATION FOR ORDER FOR<br>PAYMENT OF UNCLAIMED FUNDS<br>TO THE U.S. BANKRUPTCY COURT |

S. William Manera, Trustee, reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 2014 | 06/25/2010 | Cassandra Ranger c/o Westlake<br>Or Westlake Financial Services<br>4751 Wilshire Boulevard, Suite 100<br>Los Angeles, CA 90010 | $5,244.92 |

The Trustee asks that an order be entered pursuant to "347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $5,244.92 to the Clerk of the Court to be deposited in the Registry thereof.

| | |
|---|---|
| December 16, 2010<br>DATE | /s/ S. William Manera<br>S. William Manera, TRUSTEE |